Greg S. Ericksen (1002)
Attorney at Law
1065 South 500 West
P.O. Box 609
Bountiful, UT  84011
Telephone:  (801) 299-5519
Facsimile:  (801) 299-9799

Mark M. Bettilyon (4798)
Brett L. Tolman (8821)
RAY QUINNEY & NEBEKER PC
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543

*Attorneys for Orbit Irrigation Products, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>JANICE KUANG CAPENER,<br><br>                    Defendant. | **MOTION FOR RECONSIDERATION OF ORDER ALLOWING JANICE CAPENER TO RELOCATE TO THE PEOPLE'S REPUBLIC OF CHINA**<br><br>Case No. 1:12 CR 27 DB<br><br>Honorable Dee Benson |

Orbit Irrigation Products, Inc. ("Orbit") through its counsel of record hereby respectfully requests that the Court reconsider its Order granting the Motion for Defendant to Relocate to the People's Republic of China.  Orbit also respectfully requests an opportunity to be heard on this issue.  Janice Capener has been permanently enjoined, in the state court litigation Orbit has filed against her, from competing against Orbit.  A copy of that Order is attached as Exhibit A.  If Janice Capener is allowed to return to China, Orbit believes that she will commence competing

again against Orbit, which would also presumably violate the conditions of her probation. Orbit is further concerned that she will not appear for the trial in Orbit's civil litigation. Orbit respectfully requests an opportunity to discuss these matters with the Court and that the Court's Order be rescinded until such time as Orbit is heard.

DATED this 5th day of June, 2015.

RAY QUINNEY & NEBEKER P.C.

/s/ Mark M. Bettilyon
Mark M. Bettilyon
Brett L. Tolman

*Attorneys for Orbit Irrigation Systems, Inc.*

1331571